HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHRISTOPHER CLAROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CLAROS,<br><br>Defendant. | Case Nos. 5:22-po-00048-SAB<br><br>STIPULATION TO DISMISS CITATION NO. 9678250 AND TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE FOR CITATION NO. E1018107 and ORDER |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Captain Jason Baskett, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Christopher Claros, that Citation No. 9678250 shall be dismissed pursuant to Federal Rule of Criminal Procedure 48(a) and that Citation No. E1018107 shall be resolved by payment of a fixed-sum in lieu of Mr. Claros's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

The government moves to dismiss Citation No. 9678250—charging Mr. Claros with a violation of 18 U.S.C. § 13 (incorporating California Vehicle Code 12500(a), driving without a license)—without prejudice, in the interest of justice, pursuant to Federal Rule of Criminal Procedure 48(a). The remaining citation—Citation No. E1018107—charges Mr. Claros with a violation of 18 U.S.C. § 13 (incorporating California Vehicle Code 22349(b), speeding). The parties hereby request that the Court permit Mr. Claros to pay the $350 forfeiture amount and


$30 processing fee in lieu of any further appearance in the case. Mr. Claros has agreed to this disposition. The parties further request that the Court continue the September 6, 2022 status conference to November 1, 2022, with the understanding that, should Mr. Claros pay the forfeiture amount and processing fee for Citation No. E1018107 before the November 1, 2022 status conference, the matter is resolved and his appearance will be unnecessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 5, 2022     */s/ Jason Baskett*
JASON BASKETT
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 5, 2022     */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CHRISTOPHER CLAROS

## ORDER

**IT IS SO ORDERED.** Citation No. 9678250 is hereby dismissed, without prejudice, in the interest of justice. The Court continues the status conference currently scheduled for September 6, 2022, to November 1, 2022, at 10:00 a.m. If the defendant pays the $350 forfeiture amount and $30 processing fee for Citation No. E1018107 prior to the November 1, 2022 status conference, the matter will be closed.

IT IS SO ORDERED.

Dated:  **August 12, 2022**

UNITED STATES MAGISTRATE JUDGE

Claros / Stipulation          -2-